# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, PATRICIA SIMON, EXECUTRIX AND AISHA BRADLEY

   v.

CITY OF PHILADELPHIA AND FAIRMOUNT PARK SUMMIT PARK EAST GENERAL PARTNERSHIP, UNIVERSITY CITY HOUSING COMPANY

PETITION OF:  PATRICIA SIMON AND AISHA BRADLEY

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 223 EAL 2022

Petition for Allowance of Appeal from the Order of the Superior Court

---

ESTATE OF EDMUND D. SIMON, ESTATE OF MARJORIE P. SIMON, ESTATE OF ETHEL SIMON, PATRICIA SIMON, EXECUTRIX AND AISHA BRADLEY

   v.

CITY OF PHILADELPHIA AND FAIRMOUNT PARK, SUMMIT PARK EAST GENERAL PARTNERSHIP, UNIVERSITY CITY HOUSING COMPANY

PETITION OF: PATRICIA SIMON AND AISHA BRADLEY

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 225 EAL 2022

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 29th day of March, 2023, the Petition for Allowance of Appeal, the Application to Substitute Party, and the Application to Amend are **DENIED**.